# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1275

VERSUS

AHMAD LYNDELL LAWSON                          **FEBRUARY 01, 2021**

---

In Re:    Ahmad Lyndell Lawson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 710800.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**  In this writ application, relator filed his application for postconviction relief motion with this court in the first instance.  Relator should first seek relief in the district court.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
       FOR THE COURT